IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINIFRED SMALLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JRK RESIDENTIAL MANAGEMENT CORP., JRK RESIDENTIAL GROUP, INC., and JRK RESIDENTIAL AMERICA, LLC CENTERS OF AMERICA,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 16-2066 |

## ORDER

**AND NOW**, this 14th day of February, 2017, upon review of Defendants' Motion to Compel Arbitration and Stay Proceedings, Plaintiff's response, and Defendants' reply, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;

2. The claims contained in Plaintiff's Complaint shall be sent to arbitration; and

3. This matter shall be **STAYED** pending the completion of the arbitration.

                **BY THE COURT:**


                **/s/ Jeffrey L. Schmehl**
                **Jeffrey L. Schmehl, J.**